Mitchell J. Green, Esq. (SBN 127718)
CURTIS GREEN & FURMAN, LLP
999 Fifth Ave, Ste. 400
San Rafael, CA 94901
Tel: 415.456.4600
Fax: 415.455.0270
Email: mgreen@cgf-law.com

Edward J. Tolchin, Esq. (VA SBN 32654)(Of Counsel)
FETTMANN, TOLCHIN & MAJORS, P.C.
10509 Judicial Drive, Suite 300
Fairfax, VA 22030
Tel: 703.385.9500
Fax: 703.385.9893

Attorneys for Defendant Columbia Arora Joint Venture

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA L. LONG, ,<br><br>    Plaintiff,<br><br>v.<br><br>COLUMBIA-ARORA JOINT VENTURE, et al<br><br>    Defendants. | CASE NO: C-06-6545 CRB<br><br>[~~PROPOSED~~] ORDER GRANTING E-FILING STATUS |

IT IS ORDERED that any party herein may file papers and pleadings herein by E-Filing. Provided however, plaintiff shall under all circumstances be provided notice and service by mail or Federal Express or otherwise authorized non-electronic means.

DATE: January 26, 2007

_____
United States District Judge

ORDER