IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA L. LONG,

    Plaintiff,

v.

COLUMBIA-ARORA JOINT VENTURE,

    Defendant.

                                                         /

No. C 06-06545 CRB

**ORDER TO SHOW CAUSE**

      This is an employment discrimination lawsuit. The Court granted plaintiff's application to proceed *in forma pauperis* and had the defendant served with the complaint. Defendant responded to the complaint and appeared at the initial case management conference on January 26, 2007. Plaintiff, however, did not appear for the conference and did not otherwise communicate with the Court or defendant. Accordingly, plaintiff is ordered to show cause why this action should not be dismissed for her plaintiff to prosecute. In particular, plaintiff shall appear for a hearing in Courtroom 8, 19th floor, 450 Golden Gate Avenue, at 10:00 a.m. on March 16, 2007. Plaintiff is warned that her failure to appear at the March 16 hearing may result in dismissal of her lawsuit with prejudice.

      **IT IS SO ORDERED.**

Dated: January 31, 2007

                                                              CHARLES R. BREYER
                                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6545\ordertoshowcause.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28