IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA L. LONG, | No. C 06-06545 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COLUMBIA-ARORA JOINT VENTURE, | |
| Defendant. | |

The Court having granted defendant's motion for summary judgment by Order dated December 28, 2007, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Dated: December 28, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6545\judgment.wpd